**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Amy Kanady,<br><br>     Plaintiff(s),<br><br>v.<br><br>Sam's West, Inc.,<br><br>     Defendant(s). | Case No. 2:25-cv-02592-JAD-NJK<br><br>**ORDER** |

Based on the representations made by Defendant, Docket No. 10, the Court **DISCHARGES** the order to show cause why the case should not be remanded, Docket No. 9.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge