**Tabetha A. Martinez, Esq. (NV 14237)**
**Ashlie L. Surur, Esq. (NV 11290)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, Nevada 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
asurur@burgermeyer.com

Attorneys for Defendant
SAM'S WEST, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY KANADY, individually;<br><br>Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC., d/b/a WALMART; DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case Number<br>2:25-cv-02592-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, AMY KANADY and SAM'S WEST, INC., d/b/a WALMART, by and through their respective counsels of record, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

///

///

///



BURGER, MEYER & D' ANGELO, LLP

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: July 15, 2026<br><br>BURGER, MEYER & D'ANGELO, LLP<br><br>*/s/ Ashlie L. Surur*<br>Tabetha A. Martinez, Esq.<br>Nevada Bar No. 14237<br>Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290<br>725 S. 8th Street, Suite 200<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | Dated: July 15, 2026<br><br>BENSON & BINGHAM<br><br>*/s/ Tye D. Masters*<br>Tye D. Masters, Esq.<br>Nevada Bar No. 14580<br>114411 Allerton Park Drive, Suite 100<br>Las Vegas, NV 89135<br>Attorney for Plaintiff |

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint in District Court Case No. 2:25-cv-02592 is dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2026

Respectfully Submitted By:

BURGER, MEYER & D'ANGELO, LLP

*/s/ Ashlie L. Surur*
Tabetha A. Martinez, (NV 14237)
Ashlie L. Surur, Esq., (NV 11290)
Attorneys for Defendant



BURGER, MEYER & D' ANGELO, LLP